Kevin R. Anderson (4786)
Kellie K. Nielsen (11416)
Tami Gadd-Willardson (12517)
Laura J. Jones (13997)
OFFICE CHAPTER 13 TRUSTEE
405 South Main St., Suite 600
Salt Lake City, UT 84111
Telephone:  (801) 596-2884
Facsimile:   (801) 596-2898
Email: kratrusteemail@ch13kra.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH
CENTRAL DIVISION**

| In re:  COREY ALLAN LEE  EMILY W. LEE  Debtors. | Case No. 13-20791  Chapter 13  Judge R. Kimball Mosier  (Confirmation Hearing: *04/16/13 at 10:00 AM*) |
|---|---|

**TRUSTEE'S OBJECTION TO CONFIRMATION**

This is an above-median case and the Debtors' plan provides for payments of $550.00 to return $1,000 to nonpriority unsecured creditors. Kevin R. Anderson, Chapter 13 Trustee, hereby objects to confirmation of the Debtors' plan and in support thereof represents as follows:

1. The Debtor(s) failed to timely file the Domestic Support Obligation Creditor Matrix containing a complete list of DSO claimant(s) and their address(es) as required by Local Rule 1007-2(b)). The DSO claimant(s) name and address must be included.

2. The Debtor(s) failed to timely provide the Trustee with copies of their state and federal income tax returns for the most recent tax year, which is 2012 (see § 521(e)(2)(A)(i), FED. R. BANKR. P. 4002(b)(3), and Local Rule 6070-1(c)(2)).

3. The Debtor(s) must file a certification with the Court that they are current on all post-petition domestic support obligations.

THEREFORE, the Trustee objects to confirmation of the Debtors' plan. If the Debtors are unable to resolve the Trustee's objection by the confirmation hearing, the Trustee will move to dismiss or convert this case.

DATED: March 12, 2013.

/s/
Kevin R. Anderson, Esq.
Standing Chapter 13 Trustee

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 12, 2013, a true and correct copy of the foregoing paper was served electronically via CM/ECF to the persons listed below.

JUSTIN O. BURTON
ECF NOTIFICATION

The undersigned hereby certifies that on March 12, 2013, a true and correct copy of the foregoing paper was addressed to the following persons and deposited in the U.S. Mail, first-class postage prepaid.

COREY ALLAN LEE
EMILY W. LEE
9522 MUMFORD DRIVE
SANDY, UT 84094

/s/
Office Chapter 13 Trustee